JEWEL EARP v. THE STATE.

No. 21577. Delivered April 23, 1941.

The opinion states the case.

*Frances Adams Hancock,* of Gilmer, and *W. C. Hancock,* of Pittsburg, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State, on submission.

GRAVES, Judge.

Appellant was convicted of a violation of the laws governing the sale of intoxicating liquor, and assessed a penalty of six months in jail.

There is no notice of appeal entered in the minutes of the trial court herein. Without such notice we have no jurisdiction of this appeal.

The appeal is therefore dismissed.